THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv288

| | |
|---|---|
| ANGELA ANN JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. [Doc. 11]. The Defendant does not object to the Plaintiff's Motion.

There being no objection from the Defendant, the Motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 11] is hereby **GRANTED** and this case is **DISMISSED**.

**IT IS SO ORDERED.**

Signed: April 24, 2012

Martin Reidinger
United States District Judge