# United States District Court
# For The Western District of North Carolina
# Asheville Division

ANGELA ANN JOHNSON,,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                      1:11cv288

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 04/25/2012 Order.

                                          FRANK G. JOHNS, CLERK

                                          Signed: April 25, 2012

Frank G. Johns, Clerk
United States District Court