# United States District Court
# For The Western District of North Carolina
# Asheville Division

ANGELA ANN JOHNSON,,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11cv288

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 04/25/2012 Order.

FRANK G. JOHNS, CLERK

Signed: April 25, 2012

Frank G. Johns, Clerk
United States District Court